1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID D. HARRIS,                              Nos.    C 13-3530 WHA (PR)

               Plaintiff,                     **ORDER GRANTING EXTENSION
                                              OF TIME; DENYING TEMPORARY
     vs.                                      RESTRAINING ORDER**

DR. A. KAHJA,

               Defendant                      (Dkt. 16, 17)

_____/

        Good cause appearing, Plaintiff's motion for an extension of time, to and including

**December 24, 2013**, in which to file an amended complaint in accordance with the order dated

October 10, 2013, is **GRANTED**.  Failure to amend within the designated time and in accordance

with that order will result in the dismissal of this case.

        Plaintiff also moves for a temporary restraining order ("TRO").  A TRO may be granted

without written or oral notice to the adverse party or that party's attorney only if: (1) it clearly

appears from specific facts shown by affidavit or by the verified complaint that immediate and

irreparable injury, loss or damage will result to the applicant before the adverse party or the

party's attorney can be heard in opposition, and (2) the applicant's attorney certifies in writing

the efforts, if any, which have been made to give notice and the reasons supporting the claim

that notice should not be required.  *See* Fed. R. Civ. P. 65(b).  Plaintiff has neither notified the

defendants of his request nor submitted the required certification of his efforts to do so and why

they have failed.  Plaintiff has also failed to show immediate or irreparable injury, loss or damage.  His motion is **DENIED**.

      IT IS SO ORDERED.

Dated: December   2  , 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2